IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JOSHUA CURTIS DUNCAN,**<br>　　Plaintiff, | Civil Action No. 7:22-cv-00217 |
| v. | **OPINION** |
| **HAROLD W. CLARKE,**<br>　　Defendant(s), | By:  James P. Jones<br>Senior United States District Judge |

　　Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983.  By order entered April 22, 2022, the court directed plaintiff to submit within 20 days from the date of the order the consent to withholding of filing fees form in order to complete the application to proceed without the prepayment of the filing fee.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

　　More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

　　The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

　　ENTER:  This 17th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ James P. Jones　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge